JS-6

cc: Fiscal

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JULIA ANDRECHT and DARIN SMITH,<br><br>　　　　　Defendants. | Case No. 8:24-cv-01879−JVS−KES<br><br>**FINAL JUDGMENT AND ORDER OF INTERPLEADER DISBURSEMENT [42]** |

　　　　Before the Court is the Joint Motion for Entry of Final Judgment and Order of Interpleader Disbursement filed by Defendants Julia Andrecht and Darin Smith.

　　　　PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

　　　　1.　　Pursuant to the agreement of the remaining parties to this action, from the Funds on deposit with the Court totaling $623,622.52, Darin Smith is entitled to receive, and the Clerk shall disburse to him, Two Hundred Thirty Thousand Dollars ($230,000.00), payable to "Interpleader Law, LLC IOLTA" and mailed to: William J. Perry, Interpleader Law, LLC, 5800 One Perkins Place Dr., Suite 2A, Baton Rouge, LA 70808.

　　　　2.　　Pursuant to the agreement of the remaining parties to this action, from the Funds on deposit with the Court totaling $623,622.52, Julia Andrecht is entitled to receive, and the Clerk shall disburse to her, Three Hundred Ninety-Three Thousand Six Hundred Twenty-Two Dollars and

Fifty-Two Cents ($393,622.52), payable to "Julie Andrecht" and mailed to: Victoria Ko, Esq., Law Offices of Victoria Ko, 28202 Cabot Road, Suite 300, Laguna Niguel, California 92677.

    3.    One Hundred Percent (100%) of all accrued interest on the deposited Funds, if any, less any fee assessed, shall be disbursed to Julia Andrecht, payable to "Julie Andrecht" and mailed to: Victoria Ko, Esq., Law Offices of Victoria Ko, 28202 Cabot Road, Suite 300, Laguna Niguel, California 92677.

    4.    Upon distribution of the Funds and interest as specified hereinabove, this matter shall be dismissed with prejudice.

    5.    There is no just reason to delay the entry of this Judgment as a final judgment in this action. Accordingly, the Clerk of Court is expressly directed to immediately enter this Final Judgment in this action.

    IT IS SO ORDERED, ADJUDGED, AND DECREED.

Entered on: May 02, 2025

_____
UNITED STATES DISTRICT JUDGE